**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-6535**

—————————

JASPER NAPOLEON BUCHANAN,

                                     Petitioner - Appellant,

     versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
SOUTH CAROLINA,

                                       Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Solomon Blatt, Jr., Senior District
Judge.  (CA-98-949-08-BD)

—————————

Submitted:  June 17, 1999          Decided:  June 25, 1999

—————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Jasper Napoleon Buchanan, Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jasper Napoleon Buchanan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Buchanan v. South Carolina, No. CA-98-949-08-BD (D.S.C. Apr. 6, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The order from which Buchanan appeals was filed on April 5, 1999, and entered on the district court's docket on April 6, 1999, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).